AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App. §§101-111)

| | | |
|---|---|---|
| 1. Person Reporting *(Last name, first, middle initial)* <br><br> HOBBS, Truman M. | 2. Court or Organization <br><br> USDC (MD AL) | 3. Date of Report <br><br> 5/10/05 |
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> US Dist Judge (Senior) <br> (Status) | 5. Report Type (check appropriate type) <br><br> ___ Nomination, Date _____ <br><br> ___ Initial  X  Annual ___ Final | 6. Reporting Period <br><br> 1/1/04 – <br> 12/31/04 |
| 7. Chambers or Office Address <br><br> U S Courthouse <br> 1 Church St – Suite D-300 <br> Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |

1. Director and officer of charitable foundation (Hobbs Foundation).
2. I am co-trustee of Trusts 5 and 6. I have no financial interests in the trusts.
3.

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1. | |
| 2. See VIII. | |

2005 MAY 12 A II: 10
FINANCIAL DISCLOSURE
AL OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1. | | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less　　K=$15,001-$50,000　　L=$50,001-$100,000　　M=$100,001-$250,000
N=$250,001-$500,000　　O=$500,001-$1,000,000　　P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000　　P3=25,000,001-50,000,000　　P4=50,000,001 or more

Date of Report

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 M. Lynch CMA MF | A | I/D | J | T | | | | | |
| 2 MUNICIPAL BONDS: | | | | | | | | | |
| 3 City of DothanAL | C | Int | L | T | | | | | |
| 4 Baldwin Cty AL | B | " | K | " | | | | | |
| 5 Ala St Pub Sch & Col | B | " | K | T | | | | | |
| 6 Un Ala UN Rev Aux | A | " | J | " | | | | | |
| 7 Ala Drkg Wtr Fin | C | " | L | " | | | | | |
| 8 Ala Wtr Pltn Ctr | B | " | K | " | | | | | |
| 9 Un AL Un Rev Gen | B | " | K | " | | | | | |
| 10 Mtgy Cty AL | A | " | K | " | | | | | |
| 11 Mobile Cty Al | B | " | K | " | | | | | |
| 12 Un Al Univ Rev | A | " | K | " | | | | | |
| 13 COMMON STOCKS | | | | | | | | | |
| 14 Koninkl Phil E | B | Div | M | T | | | | | |
| 15 SouthTrust Bank (NOW Wachovia Corp New) | D | " | M | " | | | | | |
| 16 Merck | A | " | | | SOLD | 11/12 | J | | |
| 17 Medco Health Sol | | None | | | Sold | " | " | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS – continued | | | | | | | | | |
| 18 Conoco Phillips | B | Div | L | T | | | | | |
| 19 Unova Inc | | None | J | T | | | | | |
| 20 Baxter Int PFD | B | Int | K | T | | | | | |
| 21 Duke Energy Common | D | Div | M | " | | | | | |
| 22 Colg Palm Common | A | " | K | " | | | | | |
| 23 Cisco Common | | None | | | Sold | 7/15 | K | C | |
| 24 Barrick Gold Common | | None | K | T | BUY | 11/12 | K | | |
| 25 Berkshire Hath Dela CL A – common | | None | L | T | BUY | 3/10 | L | | |
| 26 Cohen & Steers REIT & Ut Fd | B | Div | K | T | BUY | 1/27 | K | | |
| 27 Kinder Morgan Common | A | " | L | " | BUY | 9/30 | L | | |
| 28 El Paso Corp common | | None | K | " | BUY | 12/7 | K | | |
| 29 MUTUAL FUNDS | | | | | | | | | |
| 30 M Lynch Muni Inter Term Fd D | D | I/D | N | T | | | | | |
| 31 M L Muni Enh Fd | E | " | N | " | | | | | |
| 32 ML Munivest Fd | D | " | M | " | | | | | |
| 33 MUNICIPAL BONDS | | | | | | | | | |
| 34 Mobile AL Wtr | B | Int | | | Matured | 1/1 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,0 ,001-$5, 000 | D=$5,001-$15,000 H2=More than $5,000,000 | E= 15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Val = Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

**NONE** (No reportable income, assets, or transactions)

**MUNICIPAL BONDS – continued**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35 Ala Hsg Fin | A | Int | | | MATURED | 4/1 | J | | |
| 36 Mtgy AL Med Jcksn | C | " | K | T | | | | | |
| 37 Mobile AL IDB Shell | C | " | K | " | | | | | |
| 38 Ala Mtl Hlth | C | " | K | " | | | | | |
| 39 Mobile AL IDB SC | B | " | K | " | | | | | |
| 40 Etowah Cty Al B/Ed | B | " | L | " | | | | | |
| 41 Mobile Cty AL Sch | B | " | K | " | | | | | |
| 42 Ala Hs Fin SF | C | " | K | | Part Called 4/1 & 10/1 | | K | | |
| 43 Un Ala B/Ttees | B | " | | • | Redeemed | 5/28 | K | A | |
| 44 Huntsvi Ala Hlth | C | " | K | T | | | | | |
| 45 Lauderdale Cty HCA | B | " | K | " | | | | | |
| 46 Huntsvi Mdsn Cty AL | B | " | K | " | | | | | |
| 47 Ala Jud Bldg Athy | | None | K | " | | | | | |
| 48 Ala Wtr Poll Ctl | B | Int | K | " | | | | | |
| 49 Bham AL Arpt Athy | C | " | K | " | | | | | |
| 50 Un Ala Un Rev Gen | B | " | K | " | | | | | |
| 51 Mtgy AL BMC Spc C | C | " | L | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS – ctd | | | | | | | | | |
| 35 Mondavi R Corp | None | | | | SOLD | 12/22 | L | B M | |
| 36 PPG | C | Div | M | T | | | | | |
| 37 Conoco Phillips | C | " | M | " | | | | | |
| 38 Hilton | A | " | L | " | | | | | |
| 39 Raytheon Co New | A | " | J | " | | | | | |
| 40 Regions Fin | E | " | P1 | " | | | | | |
| 41 Roche Hldg Ltd | B | " | M | " | | | | | |
| 42 SBC Comm | C | " | L | " | | | | | |
| 43 St Jude Medical | None | | N | " | | | | | |
| 44 Sara Lee | C | Div | M | T | | | | | |
| 45 SCANA | C | " | M | " | | | | | |
| 46 SouthTrust Corp (MERGED with Wachovia Corp New – see below) | | | | | | | | | |
| 47 Suntrust Bank | D | Div | O | T | | | | | |
| 48 Synovus Fin | D | " | M | " | | | | | |
| 49 Trinity Ind | A | " | L | " | | | | | |
| 50 Wachovia Corp New | E | " | P1 | " | | | | | |
| 51 Pfizer | D | " | N | " | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS - continued | | | | | | | | | |
| 35 Williams Cos Ind | A | Div | L | T | | | | | |
| 36 Winn Dixie | A | " | | | SOLD 5/4 | | K | E | |
| 37 Citigroup | B | " | K | T | | | | | |
| 38 Convergys Corp | | None | L | T | | | | | |
| 39 Colonial Ptys Tr | D | Div/Cg. | M | T | | | | | |
| 40 Walt Disney Hldg | A | Div | K | T | | | | | |
| 41 Weyerhaeuser | B | Div | K | T | | | | | |
| 42 Delphi Auto Sys | A | " | J | " | | | | | |
| 43 Ionics Inc | | None | K | " | | | | | |
| 44 Zimmer Hldgs Inc | | None | M | " | | | | | |
| 45 | | | | | | | | | |
| 46 Compass Bank | E | I/D | O | T | | | | | |
| 47 Sterling Bank | A | Int | K | T | | | | | |
| 48 | | | | | | | | | |
| 49 COMMON STOCKS | | | | | | | | | |
| 50 Berkshire Hath CL B | | None | K | T | | | | | |
| 51 Duke Energy Corp | C | Div | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, asset, or transactions) | | | | | | | | | |
| MUNICIPAL BONDS - continued | | | | | | | | | |
| 35 Huntsvi AL Hlth | C | Int | K | T | | | | | |
| 36 Ala HFA SF Rev | D | " | L | " | Part called | 4/1 & 10/1 | J | | |
| 37 Mobile Cty AL Wtrs | C | " | K | " | | | | | |
| 38 Mtgy AL BMC Spl | B | " | K | " | | | | | |
| 39 Ala St Docks | C | " | L | " | | | | | |
| 40 Mobile AL IDB Pltn | B | " | K | " | | | | | |
| 41 AL Drnkg Wtr F Athy | B | " | K | " | | | | | |
| 42 Ala HFA S Fam | C | " | L | " | Part called | 4/1 & 10/1 | K | | |
| 43 Autauga Cty Ala BED | B | " | K | " | | | | | |
| 44 Homewood AL ED Sam | B | " | K | " | | | | | |
| 45 Autauga Cty Ala Pub | B | " | K | " | | | | | |
| 46 Auburn AL Wts | B | " | K | " | | | | | |
| 47 Ala HFA SFM | B | " | K | " | | | | | -- |
| 48 Lee Cty AL Sch wts | C | " | K | " | | | | | |
| 49 Cullman Cty Al Wtr | B | " | K | " | | | | | |
| 50 Madison Cty AL B/Ed | B | " | K | " | | | | | |
| 51 Madison Cty Ala B/Ed | B | " | K | " | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| | | | P4=More than $50,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date- Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| MUNICIPAL BONDS - continued | | | | | | | | | |
| 35 Troy Al Wts | B | Int | K | T | | | | | |
| 36 Florence AL Wts | B | " | K | " | | | | | |
| 37 Homewood Al B/Ed | A | " | K | " | | | | | |
| 38 Madison Cty AL B/Ed | B | " | K | " | | | | | |
| 39 | | | | | | | | | |
| 40 MUTUAL FUNDS: | | | | | | | | | |
| 41 MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| 42 Jundt Growth A | | None | J | .T | Part sold | 12/23 | K | | |
| 43 Putnam Fd G&I | B | Div | L | T | | | | | |
| 44 CLOSED END FUNDS: | | | | | | | | | |
| 45 Templeton Dragon | C | Div | L | T | | | | | |
| 46 TriContinental | C | " | N | " | Part sold | 12/23 | M | | |
| 47 MUTUAL FUND: | | | | | | | | | |
| Citibank Nevada Bank Dept Program | | | | | | | | | |
| 48 | C | D/I | N | T | | | | | |
| 49 COMMON STOCKS | | | | | | | | | |
| 50 Air Products | C | Div | M | T | | | | | |
| 51 Wyeth | D | " | M | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| **MUNICIPAL BONDS:** | | | | | | | | | |
| 35 Jefferson Cty AL | B | Int | K | T | BUY 5/10 | | K | | |
| 36 Vestavia Hills AL | B | " | K | T | Buy 6/10 | | K | | |
| 37 Autauga Cty AL PUb | B | " | L | T | BUY 4/1 | | L | | |
| 38 Oxford AL Rec Wts | B | " | K | " | BUY 11/18 | | K | | |
| 39 Huntsvi AL Cap Impt | B | " | K | " | BUY 4/14 | | K | | |
| 40 Auburn AL Univ Rev | B | " | K | " | BUY 8/16 | | K | | |
| 41 Enterprise AL Wts | | None | L | " | BUY 12/14 & $^L$12/31 | | | | |
| 42 | | | | • | | | | | |
| 43 **COMMON STOCKS:** | | | | | | | | | |
| 44 AT&T | A | Div | J | T | Part Sold | 10/27 | J | | |
| 45 AT&T Wireless | | None | | | Exchanged for Cash | 10/27 | K | | |
| 46 PB PLC | D | Div | M | T | | | | | |
| 47 Bell South | D | " | M | " | | | | | -- |
| 48 Br My Squibb | E | " | O | " | | | | | |
| 49 Campbell Soup | C | " | M | " | | | | | |
| 50 Chevron-Texaco | C | " | L | " | | | | | |
| 51 Cincinnati Bell | | None | K | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| common stocks – continued | | | | | | | | | |
| 35 Coca Cola | D | Div | O | T | | | | | |
| 36 Compass Banc | E | " | P1 | " | | | | | |
| 37 Eastman Chem | B | " | K | " | | | | | |
| 38 Eastman Kodak | A | " | K | " | | | | | |
| 39 EDS | A | " | K | " | | | | | |
| 40 Exxon Mobil | D | " | N | " | | | | | |
| 41 Fannie Mae | B | " | L | " | Part sold | 9/3 | K | E | |
| 42 Ford Motor | A | " | | • | SOLD | 5/27 | L | F | |
| 43 Gen Electric | D | " | N | T | | | | | |
| 44 Gen Motors | C | " | L | " | | | | | |
| 45 Harrahs Ent | C | " | M | " | | | | | |
| 46 Hartford Fin Ser | B | " | L | " | | | | | |
| 47 ITT Ind | A | " | K | " | | | | | |
| 48 IBM | B | " | M | " | | | | | |
| 49 Johnson & Johnson | D | " | O | " | | | | | |
| 50 La Pacific | A | " | L | " | | | | | |
| 51 MeadWestVaco | D | " | M | " | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market (See Col. C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS – ctd | | | | | | | | | |
| Newell Rubbermaid | B | Div | L | T | | | | | |
| Smucker JM Co New | A | Div | K | T | | | | | |
| Procter & Gamble | None | | L | T | BUY | 12/23 | L | | |
| REAL ESTATE: | | | | | | | | | |
| Yates Lake Land – unimpro land in Elmore Cty AL purchased in 1969, 1976; swapped other land in 1998 for total interest of 33 % – purchase prices less than $200,000 | C | P/S | N | R | | | | | |
| Waugh Farm property, Waugh AL (Mtgy Cty) purchased in 1978 45 percent for less than $200,000 | D | P/S | L | R | | | | | |
| ================================= | | | | | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| Time Warner | | None | J | T | | | | | |
| Merck | A | Div | K | T | | | | | |
| Chevron Texaco | B | " | K | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS - continued | | | | | | | | | |
| Walmart | B | Div | M | T | | | | | |
| AIG | A | Div | L | T | Bought more | 4/19 | L | | |
| Berkshire Hath Cl B | | None | K | " | | | | | |
| Cardinal Health | A | Div | L | T | | | | | |
| Southern Co | B | Div | K | T | | | | | |
| Pfizer Inc | A | " | K | " | | | | | |
| Comoass Banc | A | " | K | " | | | | | |
| Colonial Properties | A | " | J | " | | | | | |
| Regions Fin | A | " | J | " | | | | | |
| St. Jude Medical | None | | K | " | BUY | 4/29 | K | | |
| Walgreen Co | None | | L | " | BUY | 12/31 | L | | |
| | | | | | | | | | |
| IRA # 1 (established in 2004 as result of termination of profit-sharing plan with former law firm) | | | | | | | | | |
| | D | T/D | N | T | | | | | |
| - cash acct | | | | | | | | | |
| - Berkshire Hathaway Del CL A | | | | | | | | | |
| - Cohen & Steers REIT & PFD Inc FD | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: HOBBS, Truman M.

Date of Report: 5/10/05

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| IRA #1 - continued | | | | | | | | | |
| - Cohen & Steers Select Util Fund | | | | | | | | | |
| - Progress Energy | | | | | | | | | |
| - 3M Co | | | | | | | | | |
| - First Eagle Global Cl C | | | | | | | | | |
| - Thornburg Intl Value Fd C | | | | | | | | | |
| | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Mobile AL IDB Shell | D | Int | L | T | | | | | |
| Baldwin Cty AL B/E | C | " | K | " | | | | | |
| Ala Mnt Hlth 5/1/09 | B | " | K | " | | | | | |
| Un Ala Rsp Bham | C | " | | | Redeemed | 5/28 | M | B | |
| Southeast Ala Gas | D | " | L | " | | | | | |
| Ala Wtr Pltn Ctl | B | " | K | " | | | | | |
| Mtgy Ala BMC Spl Care | C | " | L | " | | | | | |
| Russell Cty Al Wts | B | " | K | " | | | | | |
| Ala St Pub Sch & Coll | C | " | M | " | | | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: (See Col. C1, D3) J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) MUNICIPAL BONDS – ctd | | | | | | | | | |
| 35 Un Sou Ala Hosp Aux | B | Int | | | REDEEMED | 5/17 | K | A | |
| 36 Ala St Pub Sch Coll | D | " | M | " | | | | | |
| 37 Ala St Pub Sch & Coll | C | " | L | " | | | | | |
| 38 Un North Ala Rev | C | " | L | " | | | | | |
| 39 Albertville AL Wtrs | B | " | K | " | | | | | |
| 40 Ala St Pub Sch & Coll | B | " | K | " | | | | | |
| 41 Opelika AL Wtr Wks Brd | B | " | K | " | | | | | |
| 42 Ala St Ser A 5% | C | " | L | " | | | | | |
| 43 Cherokee Cty Al Wtrs | B | " | L | " | | | | | |
| 44 jefferson Cty AL Swr | B | " | L | " | | | | | |
| 45 Ala 21st Ctry at Tob Settle | C | " | K | " | | | | | |
| 46 HUntsville AL Hlth Care | B | " | K | " | | | | | |
| 47 Mobile Cty AL B/Sch | B | " | K | " | | | | | -- |
| 48 Cullman Cty AL Wtr Rev | B | " | L | " | | | | | |
| 49 Decatur Al Wts | A | " | K | " | | | | | |
| 50 Un Ala Univ rev | B | " | K | " | | | | | |
| 51 Hoover Al Rfdg | B | " | L | " | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| 35 Ala WPC Auth Rvlvng | A | Int | K | T | BUY | 5/11 | K | | |
| 36 | | | | | | | | | |
| 37 COMMON STOCKS: | | | | | | | | | |
| 38 Engelhard Corp | B | Div | L | T | | | | | |
| 39 Republic Svs Inc | B | " | M | " | | | | | |
| 40 Visteon Corp | A | " | J | " | | | | | |
| 41 IMS Health | A | " | K | " | | | | | |
| 42 R H Connell Corp N | | None | J | " | • | | | | |
| 43 Dun & Bradstr C N | | None | K | " | | | | | |
| 44 Moody's Corp | A | Div | L | T | | | | | |
| 45 Gartner Grp | | None | J | T | | | | | |
| 46 Eli Lilly | C | Div | M | T | | | | | |
| 47 Schlumberger Ltd | B | " | M | " | | | | | -- |
| 48 Transocean Sedco For | | None | J | " | | | | | |
| 49 SouthTrust Corp (merged | | | | | | | | | |
| 50 with Wachovia Corp New) Bought more after | D | Div | M | T | BUY | 11/2 | K | | |
| 51 merger | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| COMMON STOCKS - continued | | | | | | | | | |
| EMC Corp Mass | | None J | | T | | | | | |
| Schering Plough | A | Div | K | T | | | | | |
| Comcast Corp New C1A | None | | | | Sold 10/29 | | K | | |
| Colonial Pptys REIT | C | Div | L | T | | | | | |
| Cohen & Steers Reit.MF & PFD Inc Fd | A | " | K | " | | | | | |
| Barrick Gold Corp | A | Div | K | " | BUY | 7/15 | K | | |
| C & Steers REIT & Utility | B | Div | K | " | BUY | 1/27 | K | | |
| Kinder Morgan | | None L | | T | BUY | 10/29 | L | | |
| Newmont Mining | A | Div | K | T | BUY | 7/15 | K | | |
| ~~Washoxiez@orpexxxxxxxxxxxxxx~~ | | | | | | | | | |
| MF: MuniEnhanc Fd | E | Div | M | T | | | | | |
| MF: ML Muni Interm Term Fd | D | Div | N | T | | | | | |
| ML CMA Money fund | A | I/D | N | T | | | | | |
| +++++++++++++++++++++++++++++++++++++++ | | | | | | | | | |
| TRUSTS (Trustee is Northern Trust Co) | | | | | | | | | |
| Trust No. 1 | G | D/I | O | T | | | | | |
| Trust No. 2 | F | " | " | " | | | | | |
| Trust No. 3 | F | " | " | " | | | | | |

| 1. Income Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of instructions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUSTS – ctd | | | | | | | | | |
| Trust No. 4 | G | D/I | O | T | | | | | |
| ================================================ | | | | | | | | | |
| BANK DEPOSIT PROGRAM WITH SMITH BARNEY: | | | | | | | | | |
| -Citibank USA | B | Int | L | T | | | | | |
| -Citibank NA | B | " | L | " | | | | | |
| -Citibank Nevada | B | " | L | " | | | | | |
| -Citibank FSB | B | " | L | " | | | | | |
| -Citibank (West) FSB | B | " | L | " | | | | | |
| -Citicorp Trust Bank | B | " | L | " | | | | | |
| -Citibank Delaware | B | " | L | " | | | | | |
| -Cal Commerce Bk | A | " | K | " | | | | | |
| ================================================ | | | | | | | | | |
| LIMITED PARTNERSHIPS: | | | | | | | | | |
| Fernway Partners, LLC | A | Dist | J | T | | | | | |
| Pekin Partners, LLC | A | " | " | " | | | | | |
| Nicoya Partners, LLC | A | " | " | " | | | | | |
| Onwestsia Fund LtdP | F | " | P1 | " | | | | | |
| Loka Fund Ltd P'ship | GXx | " | P1 | " | | | | | |
| Ala Fund xxfix Ltd PS | G | " | P2 | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| NOTE: Disregard Delete listing of Berkshire Hathaway CL B on Lines 4 & 5 page 17 of report for 2003; this has been combined elsewhere in this report. | | | | | | | | | |
| ============================================================================= | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Cullman Cty Ala Wtr | A | Int | K | T | | | | | |
| Madison Ct Ala B/E | A | " | " | " | | | | | |
| Troy Al Wts | A | " | " | " | | | | | |
| Homewood Al B/Ed | A | " | " | " | | | | | |
| Madison Cty AL B/Ed | A | " | " | " | | | | | |
| Jefferson Cnty AL | A | " | K | " | BUY | 5/10 | K | | |
| Oxford AL Rec Wts | | none | K | " | BUY | 11/18 | K | | |
| Huntsville AL Cap Imp B | | Int | K | T | BUY | 4/14 | K | | |
| Auburn Univ AL | | None | K | T | BUY | 8/16 | K | | |
| Enterprise AL Wts | | None | L | T | BUY 12/14 & 12/31 | | | | |
| ============================================================================= | | | | | | | | | |
| TRUST NO. 5 | G | D/I | P2 | T | | | | | |
| — Municipal Bonds — Mtgy Ala Pub Hsg — Bham Bap Med Ctr | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| 35 - Un Sou Ala Hsp 5% | | | | | Sold | 5/17 | J | A | |
| 36 - Mtgy Ala Med Clinic | | | | | | | | | |
| 37 - Bessemer AL Med Cl | | | | | | | | | |
| 38 Un Ala Un Rv Hsp | | | | | Sold | 5/28 | K | B | |
| 39 - Mobile Cty AL Ws Fire | | | | | Sold | 3/1 | J | A | |
| 40 - Fort Payne AL Wtr Wks | | | | | | | | | |
| 41 - Bham Bap Med | | | | | | | | | |
| 42 - Tuscaloosa Cty AL | | | | | | | | | |
| 43 - Un South Al Un | | | | | | | | | |
| 44 - Mobile AL Wts | | | | | | | | | |
| 45 - Russellvi AL Wts | | | | | | | | | |
| 46 - Ala Agr & Mech | | | | | | | | | |
| 47 - Limestone Cty AL Wtr | | | | | | | | | |
| 48 -AL Drnk Wtr Fin Athy | | | | | | | | | |
| 49 -Huntsvi AL Hlth Care | | | | | | | | | |
| 50 -Mtgy AL Edl Bldgs | | | | | | | | | |
| 51 -Mtgy AL BMC Spl Cr | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| -Huntsvi AL Wtrs | | | | | | | | | |
| -Lauderdale Cty & FL Ala | | | | | | | | | |
| -Ala St Pub Sch & Coll | | | | | | | | | |
| -Jeff Cty AL Sch Wts | | | | | | | | | |
| -Jeff Cty AL B/Ed | | | | | | | | | |
| -Mtgy AL BMC Spl Cr | | | | | | | | | |
| -Orange BchAL Wtr Swr | | | | | | | | | |
| -Orange Bch AL Wtr/Swr | | | | | | | | | |
| -Mtgy AL BMC Spl Cr | | | | | | | | | |
| -Ala St Pub Sch & Clg | | | | | | | | | |
| -Ala St Ser A OID | | | | | | | | | |
| -Jeff Cty AL Swr Rev | | | | | | | | | |
| -Jeff Co Al Swr Rev | | | | | | | | | |
| Auburn Un AL Revs | | | | | | | | | |
| -Morgan Cty AL BEd | | | | | | | | | |
| -Bham AL Cap Impt | | | | | | Buy | 6/2 | K | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 5 - continued | | | | | | | | | |
| CORPORATE BONDS: | | | | | | | | | |
| --NM Household Fin | | | | | SOLD | 11/5 | J | | |
| -NM Gen Mtrs Accept | | | | | | | | | |
| ================================================================= | | | | | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| - Wyeth -BP PLC | | | | | | | | | |
| -Bell South | | | | | | | | | |
| -Progress Energy | | | • | | | | | | |
| -Chevron Texaco | | | | | | | | | |
| -Dow Jones Co Inc | | | | | | | | | |
| -Halliburton | | | | | | | | | |
| -EDS Corp | | | | | | | | | |
| -Energen Corp | | | | | | | | | |
| -Exxon Mobile | | | | | | | | | |
| -Wachovia Corp New | | | | | | | | | |
| NOTE: SouthTrust listed for 2003 Report on Page 22, Line 10 Wachovia and SouthTrust merged in 2004 - now known as Wachovia Corp New | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 5 - ctd - COMMON STOCKS - ctd | | | | | | | | | |
| 35 - Flowers Foods Inc | | | | | | | | | |
| 36 -TriContinental Corp | | | | | | | | | |
| 37 -Verizon | | | | | | | | | |
| 38 -General Electric | | | | | | | | | |
| 39 - IBM | | | | | | | | | |
| 40 -Jefferson Pilot | | | | | | | | | |
| 41 -Eli Lilly | | | | | | | | | |
| 42 - Merck | | | | | SOLD 11/15 K | | | | |
| 43 -3M Company | | | | | | | | | |
| 44 - Imation | | | | | | | | | |
| 45 -Excel Energy | | | | | | | | | |
| 46 -Illinois Tool Works | | | | | | | | | |
| 47 -Procter & Gamble | | | | | | | | | |
| 48 -Royal Dutch | | | | | | | | | |
| 49 -SBC Comm | | | | | | | | | |
| 50 -El Paso Energy | | | | | | | | | |
| 51 -Southern Co | | | | | | | | | |

1  Income/Gain Codes: (See Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2  Value Codes: (See Col. C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3  Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 5 - ctd- COMMON STOCKS - ctd | | | | | | | | | |
| 35 -Synovus Fin | | | | | | | | | |
| 36 -Tupperware Corp | | | | | | | | | |
| 37 -Citigroup | | | | | | | | | |
| 38 -Travelers Ppty Cas Corp (now St. Paul Travelers) | | | | | | | | | |
| 40 -Wachovia Corp New (apparently duplicate listing in report for Year 2003) | | | | | | | | | |
| 41 -Colonial Pptys T SBIAL | | | | | Bought More | 5/13 | J | | |
| 42 - J M Smucker | | | | | | | | | |
| 43 -Barrick Gold Corp | | | | | BUY | 11/15 | K | | |
| 44 -Cohen & Steers Select Util Fd | | | | | BUY | 3/25 | J | | |
| 46 -Regions Finl Corp | | | | | BUY | 6/2 | K | | |
| -Baxter Intl Pfd Stk | | | | | | | | | |
| 47 -Texas Genco Hldgs CS | | | | | | | | | |
| 48 -Johnson & Johnson CS | | | | | | | | | |
| 49 -Cohen & Steers REIT and PFD Inc Fd | | | | | | | | | |
| 50 -John Hancock GBL Tech CL A - MF | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 5 – continued | | | | | | | | | |
| -Templeton World FD Cl L | | MF | | | | | | | |
| | | | | | | | | | |
| -MF: Van Kampen Amer Cap Comstock CL A | | | | | | | | | |
| - MF DNP Select Income Fd | | | | | | | | | |
| ================================================= | | | | | | | | | |
| TRUST NO. 6: | C | D/I | P1 | T | | | | | |
| - M Lynch CMF MF | | | | | | | | | |
| MUNICIPAL BONDS: | | | • | | | | | | |
| -Ala Wtr Plltn Ctl | | | | | | | | | |
| -Bham Jeff AL CGA | | | | | | | | | |
| -Ala St Pub Sch/Clg | | | | | | | | | |
| -Auburn AL Sch Wts | | | | | | | | | |
| -Univ AL Univ Revs | | | | | | | | | |
| ======================= CORPORATE BONDS | | | | | | | | | |
| -NM Household Fin Corp | | | | | SOLD | 11/15 | J | | |
| -NM Gen Mtrs Accept | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 6 – continued | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| -Abbott Labs | | | | | | | | | |
| -Cardinal Health | | | | | | | | | |
| -Arvin Meritor | | | | | | | | | |
| -Baxter Intl | | | | | | | | | |
| -Compass Banc | | | | | | | | | |
| -Coca Cola | | | | | | | | | |
| -General Mills | | | | • | | | | | |
| -Kellogg Co | | | | | | | | | |
| -Caremark | | | | | | | | | |
| -Pfizer | | | | | | | | | |
| -Altria | | | | | | | | | |
| -Regions Bank (now Regions Financial Corp) | | | | | | | | | |
| -El Paso Energy (now El Paso Corp) BOUGHT MORE 12/7 | | | | | | | K | | |
| -Suntrust Bank | | | | | | | | | |
| -Elan Corp PLC | | | | | | | | | |
| -Schlumberger Ltd | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/10/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST NO. 6 - ctd | | | | | | | | | |
| COMMON STOCKS - ctd | | | | | | | | | |
| -SouthTrust (now Wachovia Corp New) BOUGHT MORE | | | | | | 11/2 | K | | |
| -Edwards Life Sciences | | | | | | | | | |
| -Transocean Sedco For (now Transocean Inc) | | | | | | | | | |
| -Intel Corp | | | | | | | | | |
| -Nortel Ntwks Corp | | | | | | | | | |
| -Cisco Systems | | | | | | | | | |
| -Johnson & Johnson | | | | • | | | | | |
| -Kinder Morgan Inc | | | | | BUY | 10/15 | K | | |
| -Hospira Inc - spinoff from Abbott | | | | | | | | | |
| ======== | | | | | | | | | |
| -Cohen & Steers REIT & PFD Inc Fd | | | | | | | | | |
| -Cohen & Steers REIT & Utilities Inc FD | | | | | BUY | 1/27 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/10/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Section II. Agreements. The profit-sharing plan with former law firm was terminated in 2004 and the assets were placed in an IRA account at a brokerage.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



Signature                                             Date        5/10/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544